# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OHIO EASTERN DIVISION

IN RE MICHEL VAN RIJN          CRIMINAL COMPLAINT
48 Olde Church Street
5 Innercourt                   Case Number:
Chelsea SW3
England                        # 4:06M 6015

From October 29, 2004 through March 19, 2006 the Defendant, Michel van Rijn willfully disregarded orders issued by Judge Peter C. Economus on March 13, 2003, attached hereto and marked as Exhibit A, and Magistrate Judge George J. Limbert on October 29, 2004, attached hereto and marked as Exhibit B.

This conduct is in violation of these Judicial Orders issued by Judge Peter C. Economus on March 13, 2003 and Magistrate Judge George J. Limbert on October 29, 2004. These orders are attached hereto and fully incorporated herein by reference.

I further state that I was appointed as a special prosecutor by Magistrate Judge George J. Limbert of the Northern District of Ohio on January 27, 2006 to investigate and prosecute criminal contempt. This complaint is based upon the following facts:  See attached Affidavit.

Continues on the attached sheet and made part hereof:    X YES          NO

_Scott Cochran_
Signature of Complainant

Sworn before me and subscribed in my presence,

March 30, 2006                 at    Youngstown, Ohio
Date                                 City and State

George J. Limbert, U.S. Magistrate    George J. Limbert
Name and Title of Judicial Officer  Judge    Signature of Judicial Officer