Case 5:02-cv-02437-GJL    Document 222    Filed 12/16/2005    Page 4 of 6

## MICHEL VAN RIJN WEBSITE VIOLATIONS

Subsequent to October 29, 2004
Order (ECF DKT. #172)

| Name | Date Appeared on Website | # of Times Appearing on Website Since 10/29/04 | # of Days Appearing on Website | # of Times Appearing x # of Days, Since 10/29/04 Thru 12/15/2005 |
|---|---|---|---|---|
| Ferrell (Ferrell Entities) | 11/9/2004 | 7 | 287 | 2,009 |
| | 11/11/2004 | 12 | 285 | 3,420 |
| | 3/30/2005 | 20 | 146 | 2,920 |
| | 4/13/2005 | 111 | 132 | 14,652 |
| | 4/19/2005 | 4 | 126 | 504 |
| | 4/26/2005 | 10 | 118 | 1,180 |
| | 5/3/2005 | 13 | 112 | 1,456 |
| | 5/7/2005 | 1 | 108 | 108 |
| | 5/21/2005 | 1 | 29 (banner) | 29 |
| | 5/27/2005 | 49 | 88 | 4,312 |
| | 6/1/2005 | 1 | 83 | 83 |
| | 6/13/2005 | 1 | 71 | 71 |
| | 6/16/2005 | 6 | 68 | 408 |
| | 6/26/2005 | 192 | 58 | 11,136 |
| | 6/28/2005 | 192 | 56 | 10,752 |
| | 6/29/2005 | 192 | 55 | 10,560 |
| | 6/30/2005 | 192 | 54 | 10,368 |
| | 7/5/2005 | 192 | 48 | 9,216 |
| | 7/7/2005 | 4 | 46 | 184 |
| | 7/11/2005 | 14 | 42 | 588 |
| | 7/13/2005 | 26 | 41 | 1,066 |
| | 7/18/2005 | 192 | 35 | 6,720 |
| | 7/28/2005 | 111 | 26 | 2,886 |
| | 8/1/2005 | 6 | 22 | 132 |
| | 8/11/2005 | 10 | 12 | 120 |
| | 9/29/2005 | 55 | 78 | 4,290 |
| | 10/10/2005 | 5 | 67 | 335 |
| | 10/24/2005 | 9 | 53 | 477 |
| | 11/2/2005 | 14 | 44 | 616 |
| | 11/3/2005 | 2 | 43 | 86 |
| | 11/10/2005 | 2 | 36 | 72 |
| | 11/28/2005 | 3 | 18 | 54 |
| | 12/4/2005 | 13 | 12 | 156 |
| Elizabeth "Zibby" Ferrell | 11/9/2004 | 7 | 287 | 2,009 |
| | 6/26/2005 | 1 | 58 | 58 |
| | 6/28/2005 | 1 | 56 | 56 |
| | 6/29/2005 | 1 | 55 | 55 |
| | 6/30/2005 | 1 | 54 | 54 |
| | 7/5/2005 | 1 | 48 | 48 |
| | 7/18/2005 | 1 | 35 | 35 |
| Theresa Schekirke | 4/13/2005 | 1 | 132 | 132 |
| | 4/26/2005 | 2 | 118 | 236 |
| | 5/27/2005 | 4 | 88 | 352 |

EXHIBIT 1

## MICHEL VAN RIJN WEBSITE VIOLATIONS

Subsequent to October 29, 2004
Order (ECF DKT. #172)

| | | | | |
|---|---|---|---|---|
| | 6/26/2005 | 7 | 58 | 406 |
| | 6/28/2005 | 7 | 56 | 392 |
| | 6/29/2005 | 7 | 55 | 385 |
| | 6/30/2005 | 7 | 54 | 378 |
| | 7/5/2005 | 7 | 48 | 336 |
| | 7/18/2005 | 7 | 35 | 245 |
| | 7/28/2005 | 1 | 26 | 26 |
| | 12/4/2005 | 2 | 12 | 24 |
| Katharine Lee Reid | 2/1/2005 | 5 | 203 | 1,015 |
| "Director of Cleveland | 2/2/2005 | 5 | 202 | 1,010 |
| Museum of Art" | 5/19/2005 | 1 | 96 | 96 |
| Michael Bennett | 11/4/2004 | 2 | 292 | 584 |
| "Curator" | 2/1/2005 | 4 | 203 | 812 |
| | 2/2/2005 | 8 | 202 | 1,616 |
| | 4/26/2005 | 3 | 118 | 354 |
| | 5/7/2005 | 1 | 108 | 108 |
| | 6/26/2005 | 3 | 58 | 174 |
| | 6/28/2005 | 3 | 56 | 168 |
| | 6/29/2005 | 3 | 55 | 165 |
| | 6/30/2005 | 3 | 54 | 162 |
| | 7/5/2005 | 3 | 48 | 144 |
| | 7/18/2005 | 3 | 35 | 105 |
| Henry Kim | 4/13/2005 | 1 | 132 | 132 |
| | 4/26/2005 | 2 | 118 | 236 |
| | 5/27/2005 | 1 | 88 | 88 |
| | 6/26/2005 | 3 | 58 | 174 |
| | 6/28/2005 | 3 | 56 | 168 |
| | 6/29/2005 | 3 | 55 | 165 |
| | 6/30/2005 | 3 | 54 | 162 |
| | 7/5/2005 | 3 | 48 | 144 |
| | 7/18/2005 | 3 | 35 | 105 |
| | 7/28/2005 | 1 | 26 | 26 |
| Coin Mount | 11/9/2004 | 4 | 287 | 1,148 |
| Kraterhandle | 11/9/2004 | 6 | 287 | 1,722 |
| | 4/26/2005 | 1 | 118 | 118 |
| | 6/26/2005 | 3 | 58 | 174 |
| | 6/28/2005 | 3 | 56 | 168 |
| | 6/29/2005 | 3 | 55 | 165 |
| | 6/30/2005 | 3 | 54 | 162 |
| | 7/5/2005 | 3 | 48 | 144 |
| | 7/18/2005 | 3 | 35 | 105 |
| Efdex | 4/13/2005 | 17 | 132 | 2,244 |
| | 7/28/2005 | 17 | 26 | 442 |

## MICHEL VAN RIJN WEBSITE VIOLATIONS

Subsequent to October 29, 2004
Order (ECF DKT. #172)

| Name | Date | | | |
|---|---|---|---|---|
| Thomas J. Lee | 12/13/2004 | 2 | 253 | 506 |
| | 4/13/2005 | 2 | 132 | 264 |
| | 6/16/2005 | 5 | 68 | 340 |
| | 7/11/2005 | 1 | 42 | 42 |
| | 7/28/2005 | 2 | 26 | 52 |
| | 11/2/2005 | 6 | 44 | 264 |
| | 12/4/2005 | 2 | 12 | 24 |
| William Veres | 4/26/2005 | 39 | 118 | 4,602 |
| | 5/27/2005 | 22 | 88 | 1,936 |
| | 9/29/2005 | 2 | 78 | 156 |
| Taft, Stettinius & Hollitster | 7/7/2005 | 1 | 46 | 46 |
| | 11/2/2005 | 2 | 44 | 88 |
| | 12/14/2005 | 3 | 12 | 36 |
| Dead Sea Scrolls | 7/11/2005 | 9 | 42 | 378 |
| | 9/29/2005 | 3 | 78 | 234 |
| | 10/10/2005 | 8 | 67 | 536 |
| | 11/2/2005 | 27 | 44 | 1,188 |
| | 11/3/2005 | 1 | 43 | 43 |
| Marzeah Papyrus | 7/11/2005 | 14 | 42 | 588 |
| | 10/10/2005 | 5 | 67 | 335 |
| | 11/3/2005 | <u>7</u> | <u>43</u> | <u>301</u> |
| TOTAL | | 2023 | | 132657 |