Case 5:02-cv-02437-GJL   Document 35   Filed 03/13/2003   Page 1 of 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| BRUCE FERRINI, ) | CASE NO. 5:02CV2437 |
| Plaintiff, ) | |
| ) | JUDGE PETER C. ECONOMUS |
| vs. ) | |
| ) | **AGREED DISMISSAL ENTRY** |
| JAMES E. FERRELL, et al. ) | |
| Defendants. ) | |
| and ) | |
| JAMES E. FERRELL, ) | |
| Counterclaimant and ) | |
| Third-Party Plaintiff, ) | |
| vs. ) | |
| FERRINI RARE BOOKS OF AKRON, ) | |
| et at., ) | |
| Third Party Defendants. ) | |

Consistent with this Court's Order granting the Parties' Joint Motion to Retain Jurisdiction, and for good cause shown, the Court hereby incorporates into this Dismissal Entry the terms and conditions of the Settlement Agreement filed under seal with this Court on or about March 10, 2003 and, subject to the Parties' compliance with the terms and conditions of the Settlement Agreement, hereby dismisses the above action, with prejudice, with each party to bear his/her/its own costs. The Court will retain continuing jurisdiction

K0105105.2


EXHIBIT A

over the enforcement of the Settlement Agreement and/or the jurisdiction of any and all disputes that may arise thereunder.

IT IS SO ORDERED.

s/ Peter C. Economus  3/12/03
-----
JUDGE PETER C. ECONOMUS

Matthew Fortado by John W Solomon per fax approval
-----
Matthew Fortado (0010599)
Attorney for Plaintiff
Bruce Ferrini and Third–Party Defendants
Ferrini Rare Books of Akron, Bruce Ferrini
LLC, Ferrini Medieval & Renaissance
Illuminated Manuscripts and Avery-Tesoro
Antiquities & Ancient Writing

-----
Thomas J. Lee (0000529)
Attorney for Defendants
James E. Ferrell, Ferrell Capital, Inc.
James E. Ferrell Revocable Trust,
Ferrell International Limited,
and Theresa Schekirke

Daniel J McGown by John W Solomon per telephone approval
-----
Daniel J. McGown
Attorney for Third-Party Defendant
Michel van Rijn

K0105105.2

-2-