

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OHIO EASTERN DIVISION

IN RE MICHEL VAN RIJN
48 Olde Church Street
5 Innercourt
Chelsea SW3
England

ORDER FOR ARREST

Case Number:

# 4:06M 6015

Now comes the Honorable Magistrate Judge George J. Limbert and hereby issues an ORDER for the arrest of Defendant, Michel van Rijn, pursuant to Federal Criminal Rule 42.

A warrant for the arrest of Defendant, Michel van Rijn, will be issued simultaneously with this ORDER.

The Defendant, Michel van Rijn, is charged with criminal contempt for violations of this Court's Orders dated March 13, 2003, attached hereto, marked as Exhibit A and fully incorporated herein, and October 29, 2004, attached hereto, marked as Exhibit B and fully incorporated herein.

The time and place of the trial in this matter shall be the _1st_ day of _May_, 2006. _1:30 P.M_

The essential facts constituting the charged criminal contempt are set forth in the affidavit of Lindsay P. Jones and accompanying exhibits, attached hereto, marked as Exhibit C and fully incorporated herein.

IT IS SO ORDERED.

Magistrate Judge George J. Limbert