IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: MICHEL VAN RIJN | ) ) ) ) ) ) | CASE NO.: 4:06M 6015 <br><br> AFFIDAVIT OF SERVICE OF RENEE KENNEALLY |

| | | |
|---|---|---|
| STATE OF OHIO | ) ) | SS. |
| COUNTY OF MAHONING | ) | |

Renee Kenneally, being first duly cautioned and sworn, states of her personal knowledge as follows:

1. I am the legal assistant to Scott R. Cochran, a principal the law firm of Atway & Cochran, L.L.C., 19 East Front Street, Youngstown, Ohio. Mr. Cochran is the duly-appointed special prosecutor in the captioned case.

2. On Thursday, March 30, 2006, the United States District Court for the Northern District of Ohio, Eastern Division, issued an Order for the arrest of Michel Van Rijn ("Mr. Van Rijn") and set a Monday, May 1, 2006 hearing for the criminal contempt charges brought against Mr. Van Rijn in the captioned case.

3. I have examined the docket of the case known as *Ferrini v. Ferrell, et al. v. Van Rijn, et al.*, U.S. District Court, Northern District of Ohio Case No. 5: 02CV2437 (the "*Ferrini Action*"). Various entries in that case reveal that Mr. Van Rijn has recently been served with court documents at the following address: 48 Olde Church Street, 5 Inner Court, Chelsea, SW3 United Kingdom. *See, e.g., Ferrini Action*, ECF Dkt. # 214. That docket also reveals that Mr.

{K0268216.1}

Van Rijn received service of and responded to those documents. *See, e.g., Ferrini Action* ECF Dkt. Nos. 216, 217, 218, 219, 220, 221.

4. On Tuesday, March 31, 2006, at the direction of Mr. Cochran, I sent notice to Mr. Van Rijn of the May 1, 2006 criminal contempt hearing in the captioned case. I sent the notice by sending him a package containing (1) the Criminal Complaint in the captioned case, with all exhibits attached thereto and (2) the Order for Arrest in the captioned case, with all exhibits attached thereto. The package was sent to Mr. Van Rijn via DHL Worldwide Express Couriers ("DHL") to the above-stated 48 Olde Church Street, 5 Inner Court, Chelsea, United Kingdom.

5. On April 7, 2006, I received notice from DHL that DHL had delivered that package to Mr. Van Rijn at his Chelsea address on April 3, 2006 at 10:27 a.m. London time. A copy of that notice is attached hereto as "Affidavit Exhibit A".

6. On April 19, 2006, I received from DHL a facsimile signature page containing Mr. Van Rijn's signature for said package. A copy of said signature page ((with Mr. Van Rijn's signature on Line 14) is attached hereto as "Affidavit Exhibit B."

FURTHER AFFIANT SAYETH NAUGHT.

_____
Renee Kenneally

Sworn to and subscribed in my presence this 1st day of May, 2006.

_____
Notary Public



JENNIFER M. PARIS, Attorney at Law
Notary Public - State of Ohio
My Commission has no expiration date
Section 147.03 R.C.

{K0268216.1} 2



Ship | Track | Services | About DHL | Help

DHL USA



**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service

## Track results detail

### Tracking results detail for 7821466914

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 4/3/2006 10:27 am |
| Delivered to | | |
| Signed for by | | VAN RAJAN   What is this? |

EXHIBIT A

**Log in to DHL**

User ID [        ]
Password [        ]
☐ Remember my User ID

Log in ▶

▸ Forgot your Password?

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 4/3/2006 | 10:27 am | Shipment delivered. | London, United King |
| | 8:42 am | With delivery courier. | London, United King |
| 4/1/2006 | 6:55 am | Transit through sort facility. | Wilmington, OH |
| 3/31/2006 | 6:03 pm | Departing origin. | North Jackson, OH |
| | 3:17 pm | Picked Up by DHL. | Shipper's Door |

Ship From:
OH 44503
United States

Attention:

Ship To:
London, United Kingdom

Attention:

Shipment Informat
Ship date: 3/31/20
Pieces:
Total weight:  *
Ship Type: Docum
Shipment Referen
Service: Internatio
Special Service:
Description: DOCS

Tracking detail provided by DHL: 4/7/2006, 8:27:33 am pt.

Track

You are authorized to use DHL tracking systems solely to track shipments tendered by or for yo
use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▸ Register Now

**Questions?**

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2006 DHL International, Ltd. All Rights Reserved.



| Products / Services | eShipping | Tools | Information | Press | Careers |

### Tracking
### Good Morning



The Grou

Contac

**Track your Shipment**

DHL Air Waybill



More tracking options

- Web Shipping
- Book a Pick-up
- Tracking
- Order Supplies
- DHL Interactive
- Trade Automation Service

These are the results of your query

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 7821466914 | North Jackson, OH - USA | London-Heathrow - UK | Signed for by: VAN F Shipment delivered / ✓ |

**7821466914 - Detailed Report**

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| March 31, 2006 | 15:17 | North Jackson, OH - USA | Shipment picked up |
| March 31, 2006 | 18:03 | North Jackson, OH - USA | Departing origin |
| April 01, 2006 | 06:55 | Wilmington - Clinton Field, OH - USA | Departed from DHL facility i Clinton Field - USA |
| April 03, 2006 | 08:42 | London-Heathrow - UK | With delivery courier |
| April 03, 2006 | 10:27 | London-Heathrow - UK | Shipment delivered |

Try a new search.

©2006 ▶ DHL International GmbH. All Rights Reserved

**DHL WORLDWIDE EXPRESS**

| Date: | 03-04-06 | Station: | HSC | | | | | Page | 1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Courier Route: | HS34-A | Courier: | 5841 | | | | | | |

| | Consignee Name | P | AWB No | Org | Pcs | P/U Date Weight | C/P | Time | Charge | Print Name | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | RESIDENT | S | 7475933581 | DCA | 1 / 1 | 0.5 / 31/03 | | 9:34 | | NORTHEY | (sig) |
| 2. | CALLANDER MANAGERS | E | 4813074512 | LUX | 1 / 1 | 0.3 / 29/03 | B/F | 9:42 | | | |
| 3. | NOT SUPPLIED | D | 9293143731 | RKD | 1 / 1 | 0.5 / 31/03 | N/H | 9:54 | | | |
| 4. | TANVIR GHANI | S | 8392516136 | HNL | 1 / 1 | 1.4 / 29/03 | N/H | 9:50 | | | |
| 5. | JAMES SWEENEY | U | 6089963482 | VIS | 1 / 1 | 0.5 / 31/03 | N/H | 9:58 | | | |
| 6. | n/a | U | 3446829466 | SKB | 1 / 1 | 3.7 / 31/03 | | 10:00 | | FWD HS21 | |
| 7. | COLHERNE CRT EST O | S | 8625823150 | BTV | 1 / 1 | 0.5 / 30/03 | | 9:44 | | IXE | (sig) |
| 8. | BRETT CRITTENDEN | S | 1623851891 | NEL | 1 / 1 | 9.0 / 31/03 | N/H | 10:06 | | | |
| 9. | Roeder Tom | U | 1040590095 | LUX | 1 / 1 | 0.5 / 31/03 | | 10:12 | | Reeder | (sig) |
| 10. | | U | 8239452174 | CDG | 1 / 1 | 0.5 / 31/03 | | 10:17 | | Eman | (sig) |
| 11. | MISS JUNNE DIZO | D | 1574761602 | HKT | 1 / 1 | 0.4 / 31/03 | | 10:20 | | JNNIE | (sig) |
| 12. | NONESUCH RECORDS G | S | 7954622410 | AVP | 1 / 1 | 11.8 / 30/03 | | 10:23 | | Vanessa | TM |
| 13. | BIONDI | C | 8238962673 | LHR | 1 / 1 | 7.6 / 30/03 | | 10:24 | | MURPHY | (sig) |
| 14. | MICHEL VAN RIJN | E | 7821466974 | YNG | 2 / 1 | 0.5 / 31/03 | | 10:27 | | VAN RIJN | (sig) |
| 15. | ASMAN LTD | D | 1402866566 | VIF | 1 / 1 | 0.5 / 31/03 | B/A | 11:51 | | | |
| 16. | KEREN | S | 1404195181 | DEL | 1 / 1 | 0.5 / 31/03 | | 10:38 | | EGERTON | (sig) |
| 17. | THROMBOSIS RESEARC | U | 9489257660 | AMS | 1 / 1 | 9.5 / 30/03 | | 10:35 | | LUCIA | (sig) |
| 18. | CHIARA VISCONTI | C | 4079584764 | LON | 1 / 1 | 1.3 / 31/03 | N/H | 10:43 | | | |
| 19. | K MORELLI | S | 6596809015 | MUE | 1 / 1 | 1.0 / 30/03 | | 10:50 | | Ronnie | (sig) |
| 20. | RON MERIDOR | B | 3334333763 | CTU | 1 / 1 | 0.5 / 30/03 | B/A | 10:55 | | | |
| 21. | HALPERN ASSOCIATES | S | 1200710571 | DAC | 1 / 1 | 1.5 / 31/03 | | 11:02 | | ADEINER | (sig) |
| 22. | SAINSBURY | S | 8478203753 | SHA | 1 / 1 | 4.5 / 01/04 | | | | | |
| 23. | TOM FORD STUDIO | G | 2285335356 | TYO | 1 / 1 | 0.1 / 31/03 | | 11:00 | | ALEVA | (sig) |
| 24. | CATHERINE WALKER L | U | 8239496094 | LIL | 1 / 1 | 0.5 / 31/03 | | 11:05 | | BOUMAN | (sig) |

Consignee confirms shipment(s) received in good order and condition.

Shipments: 24
Weight: 57.6
Pieces: 24

03/04/2006 LHR HS34 A 01

# DHL Shipment Air Waybill

**Waybill No:** 782 1466 914
**Origin:** YNG
**Destination Code:** LHR

## 1. Payer account number and shipment value protection details
Charge to: ☒ Shipper

## 2. From (Shipper)
- **Contact Name:** Scott Cochran
- **Shipper's Reference:** Michael van Rijn
- **Company Name:** Atway + Cochran
- **Address:** 19 E. Front St., Youngstown, OH 44503
- **Post/ZIP Code:** 44503
- **Phone:** 330-743-6300

## 3. To (Receiver)
- **Contact Name:** Michael van Rijn
- **Delivery Address:** 48 Olde Church St., Shaws Court, Chelsea SW3
- **Country:** England

## 4. Shipment Details
- **Total Number of Packages:** 1

## 5. Full Description of Contents
paperwork

## 8. Products & Services
Worldwide Express

Route No. 804
Date: 3-3