# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO EASTERN DIVISION

IN RE MICHEL VAN RIJN                    Case No.:  4:06 M 6015
48 Old Church Street
5 Inner Court
Chelsea SW3

## MOTION TO APPROVE FEES

       Now come Attorney Scott R. Cochran and Attorney Thomas J. Lee and jointly submit and request approval of their respective in court and out of court worksheets outlining and calculating their hours expended as special prosecutors in the above captioned matter.  Said worksheets have been filed with this Honorable Court under seal.

       Wherefore, Attorney Cochran and Attorney Lee respectfully request this Honorable Court's approval of their respective fee applications.

| /s/ Scott R. Cochran | /s/Thomas J. Lee per phone consent |
|---|---|
| Scott R. Cochran (0065497) | Thomas J. Lee (0009529) |
| Special Prosecutor | Special Prosecutor |
| 19 East Front Street | 3500 BP Tower |
| Youngstown, Ohio 44503 | 200 Public Square |
| PH.  330-743-6300 | Cleveland, Ohio 44114 |
| Fax  330-743-6323 | PH.  216-241-2838 |
| Ryanjustin1@sbcglobal.net | Fax  216-241-3707 |
| | tlee@taftlaw.com |