UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:06M6015 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | GEORGE J. LIMBERT |
| v. | ) | |
| | ) | |
| MICHEL VAN RIJN, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

On July 19, 2006, Attorneys Scott R. Cochran and Thomas J. Lee, appointed special prosecutors in this case, filed a motion for this Court to approve attorney fees incurred as a result of their prosecution of the above-entitled case. ECF Dkt. #6. The Court had appointed Attorney Cochran as disinterested counsel to prosecute Defendant for criminal contempt resulting from his failures to abide by this Court's Orders in the civil case of *Ferrini v. Ferrell, et al.*, Case Number 5:02CV2437. ECF Dkt. #223 in Case No. 5:02CV2437. The Court also appointed Attorney Thomas J. Lee, counsel for Defendant James Ferrell, et al., in the civil case, to assist Attorney Cochran in his investigation and prosecution of Mr. van Rijn in the instant case. *Id.*

In conjunction with their motion for attorney fees, Attorneys Cochran and Lee have submitted under seal in court and out of court worksheets outlining and calculating their hours expended as special prosecutors in the above case. The Court granted these attorneys the right to file the itemized statements under seal due to the frequent publishing of court documents on Defendant van Rijn's websites.

Upon review of the motion to approve attorney fees, and the itemized statements

accompanying the motion, the Court GRANTS the motion to approve fees submitted by Attorney Scott R. Cochran and Attorney Thomas J. Lee. ECF Dkt. #6 in Case Number 4:06M6015. The Court finds that the services rendered by Attorneys Cochran and Lee were rendered in a more than satisfactory manner and the fees and hours charged are reasonable in light of the complexity of the instant case and its civil predecessor.

Accordingly, the Court GRANTS the motion to approve fees filed by Attorney Scott R. Cochran and Attorney Thomas J. Lee. ECF Dkt. #6 in Case Number 4:06M6015.

IT IS SO ORDERED.

Signed and entered this 8th day of August, 2006.

George J. Limbert
United States Magistrate Judge